IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALEXANDER GALVAN, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:08-CV-737-Y |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| T.D.C.J.,Correctional | § | |
| Institutions DIV., | § | |
|     Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Alexander Galvan under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 10, 2009; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 27, 2009.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled,[1] and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

---

[1] Galvan objects that his actual innocence claim justifies tolling of the limitations period. As noted by the magistrate judge, as Galvan has not made a showing of actual innocence, such claim doe not constitute a "rare and exceptional" circumstance to warrant equitable tolling. *See Felder v. Johnson*, 204 F.3d 168, 171 n.8 (5th Cir. 2000).

Petitioner Alexander Galvan's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED March 31, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2